1
2
3
4
5
6

EDWARD C. TIDWELL
5157 Roundup Way
Antioch, California 94531
Telephone: (510) 470-8422
Email: edwardctidwell@yahoo.com

Plaintiff in Pro Se



FILED

JUN 17 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

7

# UNITED STATE DISTRICT COURT

8

## NORTHERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| 10 EDWARD C. TIDWELL,       ) | CASE NO.:C13-2621KAW |
| 11                 ) | |

10   EDWARD C. TIDWELL,        )

11                 Plaintiff,   )

12                       )

13   vs.                   )

14                       )

15 JPMORGAN CHASE BANK, N.A., CHASE )

16 HOME FINANCE LLC, JP MORGAN )
CHASE HOME FINANCE, JPMC )

17 SPECIALTY MORTGAGE LLC, )
FORMERLY KNOWN AS WM SPECIALTY)

18 MORTGAGE LLC, HOMESALE, INC., )
RUST CONSULTING, INC., PROMMIS )

19 SOLUTIONS, LLC, CAL-WESTERN )
RECONVEYANCE CORPORATION, NRT, )

20 LLC, COLDWELL BANKER RESIDENTIAL)
BROKERAGE COMPANY, VALLEY OF )

21 CALIFORNIA, INC., COLDWELL BANKER)

22 RESIDENTIAL BROKERAGE )
CORPORATION, and DOES 1 through 10, )

23 inclusive, )

24                       )

25               Defendants.  )

**CASE NO.:C13-2621KAW**

**NOTICE OF LODGMENT OF FEDERAL AND STATE CASES AND OTHER AUTHORITIES CITED IN PLAINTIFF'S COMPLAINT FOR DAMAGES (VERIFIED)**

[Assigned to the Honorable Kandis A. Westmore]

Complaint Filed: June 7, 2013
Trial Date: None Set

26 ///

27 ///

28 ///

**Edward C. Tidwell v. JPMorgan Chase Bank, N.A., et al.**
**United States District Court, Northern District of California-Case No.: C13-2621KAW**

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORDS:**

**PLEASE TAKE NOTICE THAT** on June 7, 2013 EDWARD C. TIDWELL ("Plaintiff" or "Tidwell") the undersigned filed a Complaint for Damages (Verified) that reference, in whole or in part, Federal and State Cases and other Authorities, which are cited by Plaintiff in his Complaint filed in his efforts to fully recover title and possession of his property.

Respectfully submitted,

Date: June 14, 2013                                    By: *Edward C. Tidwell*

Edward C. Tidwell

Edward C. Tidwell v. JPMorgan Chase Bank, N.A., et al.
United States District Court, Northern District of California-Case No.: C13-2621KAW

2

1

## CERTIFICATE OF SERVICE

2

*United States District Court, Northern District of California-Case No.: C13-2621KAW*
*Edward C. Tidwell vs. JPMorgan Chase Bank, N.A., et al.*

3

4

I, the undersigned, hereby certify that I am over the age of 18 years and not a party to this action. My residence address is 2800 Gentrytown Drive, Apt. 43, Antioch California 94509.

5

On June 14, 2013, I served the document listed on the parties or their attorney of record as indicated.

6

## NOTICE OF LODGMENT OF FEDERAL AND STATE CASES AND OTHER AUTHORITIES CITED IN PLAINTIFF'S COMPLAINT FOR DAMAGES (VERIFIED)

7

8

JPMORGAN CHASE BANK, N.A.
4 New York Plaza 19
New York, New York 10004

9

RUST CONSULTING, INC.
201 S. Lyndale Avenue
Faribault, Minnesota 55021

10

11

JP MORGAN CHASE HOME FINANCE
800 Brooksedge Blvd
Westerville, Ohio 43081

12

13

JPMC SPECIALTY MORTGAGE LLC,
formerly known as WM SPECIALTY
MORTGAGE LLC
7255 Baymeadows Way
Jacksonville, Florida 32256

14

15

16

COLDWELL BANKER RESIDENTIAL
BROKERAGE COMPANY
1801 N. California Blvd, Suite 100
Walnut Creek, California94596

17

18

19

20

COLDWELL BANKER RESIDENTIAL
BROKERAGE CORPORATION
12657 Alcosta Blvd, Suite 500
San Ramon, California 94583

21

22

CHASE HOME FINANCE LLC
194 Wood Avenue S.
Iselin, New Jersey 08830

HOMESALE, INC.
800 Brooksedge Blvd
Westerville, Ohio 43081

NRT, LLC
1 Campus Drive
Parsippany, New Jersey 07054

CAL-WESTERN RECONVEYANCE
CORPORATION
525 East Main Street
El Cajon, California 92020

VALLEY OF CALIFORNIA, INC.
12657 Alcosta Blvd, Suite 500
San Ramon, California 94583

PROMMIS SOLUTIONS, LLC
1544 Old Alabama Road
Roswell, Georgia 30076

23

 **X**  **BY MAIL:** I caused a true copy of said document to be placed in an envelope with postage fully prepaid to be deposited for proper handling with the United States Postal Service Clerk.

24

25

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

26

Executed this 14th day of June 2013, at Antioch, California.

27

28

*Avery E. Tidwell*
Avery E. Tidwell

**Edward C. Tidwell v. JPMorgan Chase Bank, N.A., et al.**
**United States District Court, Northern District of California-Case No.: C13-2621KAW**

3