UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD C. TIDWELL,<br><br>        Plaintiff,<br><br>    v.<br><br>JPMORGAN CHASE BANK, N.A., *et al.*,<br><br>        Defendants.<br>_____/ | No. C-13-2621 EMC<br><br>**ORDER DENYING PLAINTIFF'S REQUEST TO CONTINUE SEPTEMBER 26, 2013 HEARING**<br><br>**(Docket No. 62)** |

        The Court is in possession of Plaintiff's letter (Docket No. 62) requesting that the Court continue the hearing on Plaintiff's motion for default judgment against Defendant Homesales, Inc. (Docket No. 32) currently calendared for September 26, 2013 until October 4, 2013. Plaintiff's request for a continuance is **DENIED**. Plaintiff's motion for default judgment against Defendant Homesales, Inc. shall remain on calendar for September 26, 2013.

        This order disposes of Docket No. 62.

        IT IS SO ORDERED.

Dated: September 24, 2013

                                                            _____<br>                                                             EDWARD M. CHEN<br>                                                              United States District Judge