EDWARD C. TIDWELL
5157 Roundup Way
Antioch, California 94531
Email: edwardctidwell@yahoo.com

Plaintiff in Pro Se



RECEIVED
2013 OCT 21 P 3: 19
RICHARD W. WIEKING
U.S. DISTRICT COURT
[N.D. CALIF.]

# UNITED STATE DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA-SAN FRANCISCO DIVISION



| | |
|---|---|
| EDWARD C. TIDWELL,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A., CHASE HOME FINANCE LLC, JP MORGAN CHASE HOME FINANCE, JPMC SPECIALTY MORTGAGE LLC, FORMERLY KNOWN AS WM SPECIALTY MORTGAGE LLC, HOMESALES, INC., PROMMIS SOLUTIONS, LLC, CAL-WESTERN RECONVEYANCE CORPORATION, NRT, LLC, COLDWELL BANKER RESIDENTIAL BROKERAGE COMPANY, VALLEY OF CALIFORNIA, INC., COLDWELL BANKER RESIDENTIAL BROKERAGE CORPORATION, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: C13-02621EMC<br><br>**VOLUNTARY REQUEST FOR DISMISSAL**<br><br>Complaint Filed: June 7, 2013<br>Trial Date: None Set |

///
///
///
///
///

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE THAT** in the above-entitled action Edward C. Tidwell ("Plaintiff") hereby dismiss with prejudice his entire Complaint for Damages (Verified) filed on June 7, 2013 including all Cause of Action as to Coldwell Banker Residential Brokerage Company, Coldwell Banker Residential Corporation, Valley of California, Inc. and NRT, LLC with the understanding that each party is to bear their own fees and costs as agreed.

Respectfully submitted,

Date: October 16, 2013          By: *Edward C. Tidwell*
                                    Edward C. Tidwell

**Voluntary Request for Dismissal**
Case No.: C13-02621EMC

## CERTIFICATE OF SERVICE

I, the undersigned, declare: I am over the age of 18 years and not a party to this action. My residence address is 2800 Gentrytown Drive, Apt. 43, Antioch, California 94509.

On October 19, 2013, I served the following document:

### VOLUNTARY REQUEST FOR DISMISSAL

on the parties in this action or their attorney of record addressed as follows:

*Via U.S. Postal Service Regular Mail*
Theodore E. Bacon, Esq.
David J. Masutani, Esq.
AlvaradoSmith
A Professional Corporation
633 W. Fifth Street, Suite 1100
Los Angeles, California 90071

Attorneys for Defendants,
JPMorgan Chase Bank, N.A., Chase Home Finance LLC, JP Morgan Chase Home Finance, JPMC Specialty Mortgage LLC, formerly known as WM Specialty Mortgage LLC and Homesales, Inc.

*Via U.S. Postal Service Regular Mail*
Robert S. Luther, Esq.
Law Division of NRT LLC
Western Region
1855 Gateway Blvd., Suite 670
Concord, California 94520

Attorney for Defendants,
NRT, LLC, Coldwell Banker Residential Brokerage Company, Valley of California, Inc. and Coldwell Banker Residential Brokerage Corporation

*Via U.S. Postal Service Regular Mail*
Peter J. Salmon, Esq.
Natalie T. Nguyen, Esq.
Pite Duncan, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17935
San Diego, California 92177

Attorneys for Defendants,
Cal-Western Reconveyance Corporation
and Prommis Solutions, LLC

__X__ **BY MAIL:** I placed a true copy of said document in a sealed envelope with postage fully prepaid for mailing and deposited said document with the United States Postal Service Clerk for proper handling.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 19th day of October 2013, at Antioch, California.

_____
Avery E. Tidwell

**Voluntary Request for Dismissal**
**Case No.: C13-02621EMC**

3